# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 1 8 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. **14-2821 TJS**
)
The items seized at 5950 Queen Anne Street, Gwynn )
Oak, MD 21207, which are currently held at Department )
of Homeland Security at 40 S. Gay Street, Baltimore MD )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of child pornography and possession of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Rachel Corn, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: December 3, 2014

_____
Judge's signature

City and state: Baltimore, Maryland        Timothy J. Sullivan, US Magistrate Judge
Printed name and title